# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agee, George S. | 4th Circuit | 05/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Fourth Circuit U.S. Court of Appeals
1100 E. Main Street
Richmond, VA 23218

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Bridgewater College |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Commonwealth of Virginia-Retirement Income | $67,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Carilion Clinic-Salary |
| 2. 2013 | RGC Resources, Inc. - Director Fees |
| 3. 2013 | Hometown Bank - Director Fees |
| 4. 2013 | Rockingham Mutual Insurance Co. - Director Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Mainstreet Bankshares | A | Dividend | J | U | | | | | |
| 2.  SUWI, LLC | C | Distribution | L | W | | | | | |
| 3.  -Rental Property #1 Roanoke, VA | | | | | | | | | |
| 4.  -Rental Property #2 Roanoke, VA | | | | | | | | | |
| 5.  Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6.  RGC Resources, Inc. | C | Dividend | M | T | Buy (add'l) | 12/02/13 | K | | |
| 7.  First Citizens Bank Account | A | Interest | J | T | | | | | |
| 8.  Hometown Bank | B | Dividend | L | T | Buy (add'l) | 05/28/13 | L | | |
| 9.  BBT | A | Dividend | J | T | | | | | |
| 10. INTC | A | Dividend | | | Sold | 10/18/13 | J | A | |
| 11. MSFT | A | Dividend | J | T | | | | | |
| 12. CAIBX | A | Dividend | L | T | | | | | |
| 13. CWGIX | A | Dividend | J | T | | | | | |
| 14. ANCFX | B | Dividend | L | T | | | | | |
| 15. AGTHX | A | Dividend | L | T | Buy (add'l) | 12/30/13 | J | | |
| 16. ANWPX | A | Dividend | K | T | | | | | |
| 17. NEWFX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IGAAX | A | Dividend | K | T | | | | | |
| 19. COF | A | Dividend | | | Donated | | | | |
| 20. VYFC | A | Int./Div. | J | T | | | | | |
| 21. NYVCX | A | Dividend | J | T | | | | | |
| 22. ACERX | A | Dividend | K | T | | | | | |
| 23. TFVAX | A | Dividend | | | Sold | 12/17/13 | K | A | |
| 24. AMECX | A | Dividend | K | T | Buy (add'l) | 02/21/13 | J | | |
| 25. AFL | A | Dividend | J | T | | | | | |
| 26. STLD | A | Dividend | K | T | | | | | |
| 27. SBPLX | A | Dividend | J | T | | | | | |
| 28. FSBCX | A | Dividend | K | T | | | | | |
| 29. ABALX | A | Dividend | K | T | Buy | 12/17/13 | K | | |
| 30. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 31. Broadway VA IDA Bond | A | Interest | | | Redeemed | 12/30/13 | J | | |
| 32. IRA #1* | B | Dividend | M | T | | | | | |
| 33. -IGAAX | | | | | | | | | |
| 34. -ANWPX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| NONE *(No reportable income, assets, or transactions.)* |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CWGIX | | | | | | | | | |
| 36. -AMRMX | | | | | | | | | |
| 37. -ANCFX | | | | | | | | | |
| 38. -CAIBX | | | | | | | | | |
| 39. -AMECX | | | | | | | | | |
| 40. -AMCPX | | | | | | | | | |
| 41. -AGTHX | | | | | | | | | |
| 42. -NEWFX | | | | | | | | | |
| 43. Retirement Account #1 Virginia Deferred Compensation Plan | D | Dividend | M | T | | | | | |
| 44. -VRS Stock Fund | | | | | Sold (part) | 02/28/13 | K | B | See Note #3, Part VIII |
| 45. -Stable Value Fund | | | | | | | | | |
| 46. -VRS Int'l Stock Fund | | | | | | | | | |
| 47. -Active Bond Fund | | | | | Sold | 07/30/13 | J | B | |
| 48. -VRS Small/Mid Cap Stock Fund | | | | | Buy | 02/28/13 | K | | |
| 49. -Emerging Markets Stock Fund | | | | | Buy | 07/30/13 | J | | |
| 50. Trust #1 | B | Int./Div. | M | T | | | | | |
| 51. -Valley Bank Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -River Community Bank Account | | | | | | | | | |
| 53.  -Edward Jones Account | | | | | | | | | |
| 54.  -MET | | | | | | | | | |
| 55.  -WFC | | | | | | | | | |
| 56.  -ACERX | | | | | | | | | |
| 57.  IRA #2 | B | Dividend | L | T | | | | | |
| 58.  -IGAAX | | | | | | | | | |
| 59.  -ANWPX | | | | | | | | | |
| 60.  -CWGIX | | | | | | | | | |
| 61.  -AMRMX | | | | | | | | | |
| 62.  -ANCFX | | | | | | | | | |
| 63.  -CAIBX | | | | | | | | | |
| 64.  -AMECX | | | | | | | | | |
| 65.  -AMCPX | | | | | | | | | |
| 66.  -AGTHX | | | | | | | | | |
| 67.  -NEWFX | | | | | | | | | |
| 68.  Retirement Account #2 Carilion Health System Sec 403(b) Plan | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Pimco Low Duration | | | | | | | | | |
| 70.   -Invesco Equity & Income Fund Y (formerly Van Kamp. Equity) | | | | | Sold | 03/31/13 | M | D | |
| 71.   -FID Spartan 500 Index Investor | | | | | Sold | 03/31/13 | M | D | |
| 72.   -FID Low Priced Stock | | | | | Sold | 06/30/13 | M | C | |
| 73.   -American Funds Euro Pacific Growth | | | | | | | | | |
| 74.   -Goldman Sachs MDCAP Val/A | | | | | | | | | |
| 75.   -Prudential Jennison Sm Company A*1 | | | | | | | | | |
| 76.   -Munder Mid Cap Core Gr A | | | | | | | | | |
| 77.   -Vanguard Instl Index 500 | | | | | Buy | 03/31/13 | M | | |
| 78.   -Vanguard Instl Index 500 | | | | | Buy (add'l) | 06/30/13 | M | | |
| 79.   Retirement Acct #3 Carilion Health System Sec 457(b) Plan | E | Dividend | M | T | | | | | |
| 80.   -Invesco Equity & Income Fund Y (formerly Van Kampen Equity) | | | | | Sold | 03/31/13 | L | D | |
| 81.   -Black Rock Equity Dividend | | | | | | | | | |
| 82.   -PIMCO Total Return Bond | | | | | Buy | 03/31/13 | K | | |
| 83.   -Vanguard Instl Index 500 | | | | | Buy | 03/31/13 | L | | |
| 84.   Retirement Acct #4 Equivest TSA 501(c)(3) Plan | B | Int./Div. | L | T | | | | | |
| 85.   -EQ Guaranteed Interest | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -EQ International Equity Index | | | | | | | | | |
| 87.  -EQ Alliance Bernstein SmCpGR | | | | | | | | | |
| 88.  -EQ Market Mid Cap Value Plus | | | | | | | | | |
| 89.  -EQ Black Rock Basic | | | | | | | | | |
| 90.  -Equitable Multimanager Core Bond | | | | | | | | | |
| 91.  -Equitable Multimanager Multi Sector Bond | | | | | | | | | |
| 92.  Retirement Acct #5 Alliance Benefit Group Capital ACCU.AC | E | Dividend | O | T | | | | | |
| 93.  -TWEAX | | | | | | | | | |
| 94.  -CAAPX | | | | | | | | | |
| 95.  -FMCAX | | | | | | | | | |
| 96.  -GABGX | | | | | | | | | |
| 97.  -WEBAX | | | | | | | | | |
| 98.  -GABAX | | | | | | | | | |
| 99.  -PREIX | | | | | | | | | |
| 100. -FTCIMA | | | | | | | | | |
| 101. -VFNIX | | | | | | | | | |
| 102. Life Insurance Policy #1 Natl Life Ins Co Whole Life | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 05/05/2014 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Life Insurance Policy #2 Equitable Variable Life | A | Dividend | K | T | | | | | |
| 104. -AXA Moderate Allocation | | | | | | | | | |
| 105. -EQ/Common Stock Index | | | | | | | | | |
| 106. -Multimanager, Aggressive Equity | | | | | | | | | |
| 107. 529 Virginia College Savings Plan- Piedmont Portfolio | A | Dividend | J | T | | | | | See Note #4, Part VIII |
| 108. Life Ins Policy #3 Lincoln Nat'l Life Ins Co Index Life | A | Int./Div. | J | T | | | | | |
| 109. -LVIP Templeton Growth RPM Fund | | | | | Sold | 11/15/13 | J | A | |
| 110. -LVIP Money Market | | | | | Sold | 11/15/13 | J | A | |
| 111. -LVIP T. Rowe Price Growth Stock | | | | | Sold | 11/15/13 | J | A | |
| 112. -LVIP MFS International Growth | | | | | Sold | 11/15/13 | J | A | |
| 113. -LVIP Delaware Growth & Income | | | | | Sold | 11/15/13 | J | A | |
| 114. -LVIP Delaware Bond | | | | | Sold | 11/15/13 | J | A | |
| 115. -LVIP MFS Value | | | | | Sold | 11/15/13 | J | A | |
| 116. -Fidelity VIP Equity-Income | | | | | Sold | 11/15/13 | J | A | |
| 117. -Fidelity VIP Contrafund | | | | | Sold | 11/15/13 | J | A | |
| 118. -LVIP Sep 500 Index | | | | | Sold | 11/15/13 | J | A | |
| 119. -Pimco Total Return Portfolio | | | | | Sold | 11/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, Item I, no income from Trust #1 comes to me as Trustee and is solely for the benefit of a third party. I receive no compensation from the Trust.

2. Part I, former Item III - my term as a Director of the Bradley Free Clinic ended in 2012.

3. Part VII, Item 44. In the 2012 report, the VRS Stock Fund was listed four times for what is the same account.

4. Part VII, Item 107 . In the 2012 report, the 529 Virginia College Savings Plan Piedmont Portfolio was listed twice for the same account.

5. Part VII, Item 108. The Lincoln National Life Premium Life Policy was converted to a Lincoln National Life Index policy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544